**SOL SHAFER v. PETER GOULD and FRANCES M. LEVY, a feme sole.**

| | |
|---|---|
| 23 So. (2nd) 724 | June Term, 1945 |
| November 20, 1945 | Division A |

*Norman R. Lyons,* for appellant.

*Patton & Kanner,* for appellees.

PER CURIAM:

The order of dismissal is hereby affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.